**Earl RINGO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98922.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 2013.

Application for Transfer Denied Aug. 13, 2013.

Kent Denzel, Columbia, MO, for appellant.

Chris Koster, Evan J. Buchheim, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Movant, Earl Ringo ("Ringo"), appeals from the denial of his Rule 29.15 post-

conviction relief motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).